No. 85–118. TRUMP ET AL. *v.* CHU, COMMISSIONER OF NEW YORK STATE TAX COMMISSION. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 85–446. ROBERTS ENTERPRISES, INC. *v.* SECRETARY OF TRANSPORTATION OF KANSAS. Appeal from Sup. Ct. Kan. dismissed for want of substantial federal question.

No. 85–159. REMMENGA ET UX. *v.* CALIFORNIA COASTAL COMMISSION. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question. THE CHIEF JUSTICE, JUSTICE BRENNAN, and JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.